CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 05 2010

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TROY MATTHEW JACKSON,  )  <br> Plaintiff,  ) | Civil Action No. 7:10cv00092 |
| ) | |
| v.  ) | **FINAL ORDER** |
| ) | |
| WINCHESTER POLICE DEPT., et al.,  )  <br> Defendants.  ) | By: Samuel G. Wilson <br> United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Jackson's request to proceed in forma pauperis is **DENIED**, his complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 5th day of March, 2010.

United States District Judge